**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE 1:25-cv-00087-UNA**

| | |
|---|---|
| ABIRAMAN SUBRAMANIAN, and GLOBAL GROWTH ACCESS LLC, <br> Plaintiffs, <br> v. <br> VATIC LABS PARTNERS LLC, and VATIC LABS HOLDINGS LLC, and VATIC LABS OPERATIONS LLC, <br> Defendants. | RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Plaintiff, certifies that Global Growth Access LLC is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of the party's stock.

Dated: <u>January 22, 2025</u>

REAL WORLD LAW, P.C.
*/s/ Glenn A. Brown, DMD, Esquire*
Glenn A. Brown, DMD, Esquire
Delaware Attorney ID: 4669
727-B N. Market Street, Suite #4
Wilmington, DE 19801
(302) 225-8340
glenn.brown@realworldlaw.com
Counsel for Plaintiffs

REAL WORLD LAW, P.C.