IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)
Civil Action No. 1:25-cv-00087-CFC

| | |
|---|---|
| ABIRAMAN SUBRAMANIAN, | : |
| and | : |
| GLOBAL GROWTH ACCESS LLC, | : |
| Plaintiffs, | : |
| v. | : |
| VATIC LABS PARTNERS LLC, | : |
| and | : |
| VATIC LABS HOLDINGS LLC, | : |
| and | : |
| VATIC LABS OPERATIONS LLC, | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Abiraman Subramanian and Global Growth Access LLC, by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss their claims against Defendants Vatic Labs Partners LLC, Vatic Labs Holdings LLC, and Vatic Labs Operations LLC, without prejudice.

[*Remainder of page intentionally left blank*]

REAL WORLD LAW, P.C.

Dated: February 6, 2025     By: _/s/ Glenn A. Brown, DMD, Esquire_
Glenn A. Brown, DMD, Esq.
Delaware Attorney ID: 4669
727-B N. Market Street, Suite #4
Wilmington, DE 19801
(302) 225-8340
glenn.brown@realworldlaw.com
*Counsel for Plaintiffs*


DROHAN LEE LLP

By:_____
Vivian R. Drohan, Esq.
New York Attorney ID: 2376093
5 Penn Plaza
New York, New York 10001
(212) 710-0004
(212) 710-0003 (fax)
Email: vdrohan@dlkny.com
*Counsel for Plaintiffs*