

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

February 6, 2025

**VIA ECF**
Hon. Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:    *Subramanian et al v. Vatic Labs Partners LLC et al,* 1:25-cv-00087-CFC

Dear Judge Connolly,

We represent Plaintiffs in the above-referenced case.

Your Honor's Order, dated January 31, 2025, granted the motion to seal and directed the parties to file a redacted version of the sealed document within seven (7) days [Dkt #10].

The parties have conferred and based on Defendants' election to proceed with arbitration, Plaintiffs are voluntarily withdrawing this action without prejudice at this time. A Notice of Voluntary Dismissal is being filed simultaneously with this letter. The parties have agreed that redaction is not necessary, however, if the Court requires, we remain prepared to submit a redacted version in compliance with the Court's Order.

Thank you for considering this submission.

    Respectfully Submitted,

    By: */s/ Vivian Rivera Drohan*
    Vivian Rivera Drohan, Esq.

    By: /s/ Glenn A. Brown, DMD, Esquire
    Glenn A. Brown, DMD, Esquire